JOHN C. FITZGERALD, JR., CONSERVATOR (ESTATE
AND PERSON OF BARBARA JANE PECK) *v.* NELLIE
M. LEGNOS ET AL.
(AC 20215)

Foti, Spear and Hennessy, Js.

Submitted on briefs October 18—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

RAYMOND COSTA *v.* MARGARET A. COHEN ET AL.
(AC 20401)

Schaller, Mihalakos and Zarella, Js.

released November 21, 2000

Per Curiam. The judgment is affirmed.

DONNA MCCORMICK *v.* STOP AND SHOP
SUPERMARKET COMPANY, INC.
(AC 20404)

Lavery, C. J., and Landau and Pellegrino, Js.

Submitted on briefs October 18—officially released November 21, 2000

Per Curiam. The judgment is affirmed.